Supreme Court—Armitage v. Camden.

ARTHUR E. ARMITAGE, PROSECUTOR, v. CITY OF CAMDEN ET AL., RESPONDENTS.

Decided January 18, 1927.

**Municipalities—Ordinances in Conflict With Provisions of Vice and Immorality Act—Sunday Baseball—Ordinances Cannot Legalize Acts Prohibited by Supreme Law-Making Body of State.**

On *certiorari*.

Before Justices BLACK and CAMPBELL.

For the prosecutor, *Walter Carson*.

For the respondents, *Howard L. Miller*.

PER CURIAM.

This writ brings up for review a resolution of the board of commissioners of the city of Camden, passed August 12th, 1926, submitting to the legal voters of that city for their action, by approval or disapproval, a proposed ordinance permitting baseball games, either amateur or professional, on Sundays.

There are several reasons argued why this resolution should be set aside, but the matter can be disposed of under a single one of these, and that is that no action taken or to be taken by the authorities of the city of Camden, or the legal voters thereof, in the face of an emphatic and positive legislative declaration of policy, can be effective. This is so fundamental that no citation of authorities is called for.

The proposed ordinance, if adopted, would by its terms legalize acts in the city of Camden which the supreme law making body of the state has prohibited by that legislation known as the Vice and Immorality act.

The resolution under review must therefore be set aside, with costs.